No. 24. GULF RESEARCH & DEVELOPMENT CO. ET AL. *v.* LEAHY, U. S. DISTRICT JUDGE, ET AL.

Argued October 21, 1952. Decided October 27, 1952. *Per Curiam:* The judgment is affirmed by an equally divided Court. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *Leonard S. Lyon* argued the cause for petitioners. With him on the brief were *Richard E. Lyon* and *Thomas Cooch.* *Worthington Campbell* argued the cause for respondents. With him on the brief were *E. Ennalls Berl* and *Mark N. Donohue.*

No. 25. CARDOX CORPORATION *v.* C-O-TWO FIRE EQUIPMENT CO. Argued October 21–22, 1952. Decided October 27, 1952. *Per Curiam:* The judgment is affirmed by an equally divided Court. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *George I. Haight* argued the cause for petitioner. With him on the brief were *Andrew J. Dallstream* and *Frederic H. Stafford.* *R. Morton Adams* argued the cause for respondent. With him on the brief were *Irving Herriott* and *Edward T. Connors.*